CORNELIA T. TERRY, Respondent, *v.* KATHARINE T. MOORE, Impleaded, etc., Appellant.

(Submitted June 8, 1896; decided June 16, 1896.)

MOTION to amend remittitur. (See, *ante*, p. 594.)

*Charles Edward Souther* for motion.

*Flamen B. Candler* and *John M. Buckingham* opposed.

Motion granted so far as to amend remittitur so as to allow defendant to apply to Special Term of Supreme Court for leave to withdraw her demurrer and interpose an answer.

---

CATHARINE WELDON, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

(Submitted June 8, 1896; decided June 16, 1896.)

MOTION to dismiss appeal.

*Foley & Wray* for motion.

*Hoadly, Lauterbach & Johnson* opposed.

Motion denied.

---

SARAH AGNES BUTCHER, an Infant, etc., by THOMAS H. BUTCHER, her Guardian ad Litem, Respondent, *v.* THE ATLANTIC AVENUE RAILROAD COMPANY of Brooklyn, Appellant.

(Submitted June 8, 1896; decided June 16, 1896.)

MOTION to dismiss appeal.

*Thomas E. Pearsall* for motion.

*Morris & Whitehouse* opposed.

Motion denied.